1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, | Case No. CV 20-05640-AB (SHKx) |
|       Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| 9346 WOPG LLC et al., | |
|       Defendant(s). | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 23, 2021         _____

                ANDRÉ BIROTTE JR.
                UNITED STATES DISTRICT JUDGE